PROB 12B
(3/2019)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender:  Laeric Cornelius Davis                              Case Number: 2:19CR453-01-RAH

Name of Sentencing Judicial Officer:  The Honorable R. Austin Huffaker, Jr., U.S. District Judge

Date of Original Sentence:  August 6, 2020

Original Offense:  Count 1: Felon in Possession of a Firearm, 18 USC 922(g)(1)

Original Sentence:  18 months custody, followed by 3 years of supervised release

Type of Supervision:  Supervised Release                Date Supervision Commenced:  November 8, 2021

---

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

The defendant shall reside in a Residential Re-entry Center (Dismas Charities, Inc., Montgomery, Alabama) maintained or under contract to the Federal Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. The defendant shall surrender to Dismas Charities Montgomery as directed by the probation officer.

### CAUSE

On August 6, 2020, Laeric Cornelius Davis was convicted of Felon in Possession of a Firearm and sentenced to 18 months custody followed by three years of supervised release.  Davis was released from the Bureau of Prisons and his term of supervised release commenced on November 8, 2021.  During Davis's term of supervision, he has experienced some hardships with a lack of suitable employment, residency issues, and an unreliable support system.  As a result, Davis has requested that he be afforded an opportunity to reside at Dismas Charities Montgomery to obtain the means and aptitude to successfully reintegrate back into the community.

Considering the defendant's lack of residential accommodations, the probation officer believes that the modification noted above is an appropriate action to address Davis's hardships.  Davis signed Probation Form 49 after consulting with his attorney and waiving his right to a hearing before the Court and agreed to the proposed modification.  He has been advised that the modification is contingent upon the availability of bed space provided by Dismas Charities Montgomery.  The probation officer recommends that Your Honor modify Davis's conditions of supervised release by adding the new condition noted above.

The Honorable R. Austin Huffaker, Jr., U.S. District Judge
March 6, 2023
Page 2

**RE:  Davis, Laeric Cornelius**
      Dkt. # 2:19CR453-RAH
      <u>PROB 12B</u>

Respectfully submitted,

by   /s/ Jelesa Johnson
     United States Probation Officer

Date:  March 6, 2023

Reviewed and approved by:   /s/ Marcus T. Simmons
                            Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The Modification of Conditions as noted above.

☐ Other

/s/ R. Austin Huffaker, Jr.
UNITED STATES DISTRICT JUDGE

March 6, 2023
Date